## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES WIRTH, | ) | 3:19-cv-00276-JCM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | June 2, 2020 |
| NEVADA SUPREME COURT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Request to Efile" (ECF No. 7). It appears from the court's docket that Plaintiff has failed to pay the filing fee or submit a completed application to proceed *in forma pauperis*. Therefore, Plaintiff's "request to efile" (ECF No. 7) is premature.

**IT IS HEREBY ORDERED** that the Clerk of Court shall send Plaintiff the instructions and form application to proceed *in forma pauperis*. Plaintiff shall have **thirty (30) days** to file the completed application or pay the filing fee.

**IT IS FURTHER ORDERED** that Plaintiff's "Request to Efile" (ECF No. 7) is **DENIED** without prejudice. Plaintiff may re-file his request once the court has ruled on the *in forma pauperis* application or the filing fee has been paid.

DEBRA K. KEMPI, CLERK

By:  ____/s/_____
         Deputy Clerk