1
2
3
4                      UNITED STATES DISTRICT COURT
5                          DISTRICT OF NEVADA
6                                 * * *
7    CHARLES WIRTH,                        Case No. 3:19-CV-276 JCM (WGC)
8                       Plaintiff(s),                  ORDER
9          v.
10   NEVADA SUPREME COURT, et al.,
11                      Defendant(s).
12
13         Presently before the court is the matter of *Wirth v. Nevada Supreme Court et al.*  This
14   court previously granted Wirth's motion for leave to proceed in forma pauperis ("IFP") but
15   ruled that his petition for a writ of mandamus was moot.  (ECF No. 15).  Wirth filed a notice
16   of appeal.  (ECF No. 16).  The Ninth Circuit referred this matter back to this court for the
17   limited purpose of determining whether Wirth's IFP status should continue on appeal or
18   whether his appeal is frivolous or taken in bad faith.  (ECF No. 19).
19         An appeal may not be taken in forma pauperis if "the trial court certifies in writing
20   that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  A plaintiff satisfies the good faith
21   requirement if he seeks appellate review of any issue that is "not frivolous." *Gardner v.*
22   *Pogue*, 558 F.2d 548, 551 (9th Cir. 1977) (quotation omitted).
23         An appeal is frivolous if it lacks any arguable basis in law or fact.  *Neitzke v.*
24   *Williams*, 490 U.S. 319, 325 (1989); *Franklin v. Murphy*, 745 F.2d 1221, 1225 (9th Cir.
25   1984).  Thus, revocation of IFP status is appropriate under Section 1915 when an appeal
26   contains only non-frivolous issues or claims.  *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092
27   (9th Cir. 2002).
28

**James C. Mahan**
**U.S. District Judge**

1    The court finds that the appeal is frivolous and not taken in good faith.  Accordingly,

2    Wirth's IFP status is REVOKED.  The clerk shall forward a copy of this order to the Ninth

3    Circuit.

4    IT IS SO ORDERED.

5    DATED October 21, 2020.

6    _____

7    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge

- 2 -